IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   06-cr-00054-WDM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL W. LEE,

    Defendant.

---

**ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIALS**

---

This matter is before the court on the "Government's Motion to Disclose Matters Occurring Before Grand Jury."  Upon consideration of the motion, it is ORDERED as follows:

1.  Pursuant to Rule 6(e)(3)(C)(I), the government may disclose the following grand jury materials to defense counsel:

> The transcripts of the testimony of the witnesses who appeared before the grand jury and provided the evidence that resulted in the Indictment and any exhibits associated therewith.

2.  To protect grand jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case.  Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were delivered and the dates of delivery.  Defense counsel shall also deliver a copy of this order with the materials.  <u>No person other than defense counsel shall make any copy of these materials for any purpose whatsoever</u>.  At the conclusion of the case in

this court, by entry of the court's judgment, counsel within ten days shall collect all such copies and return them to the Government.

    3.  Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

    DATED at Denver, Colorado, on April 26, 2006.

                             BY THE COURT:

                             s/ Walker D. Miller
                             United States District Judge