**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00054-WDM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL WAYNE LEE,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

    On December 18, 2007, the probation officer submitted a petition for early termination of supervised release in this case. On December 20, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on December 20, 2007, and the United States has not objected to the proposed relief. Accordingly, it is

    ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    DATED at Denver, Colorado, this 7th day of January, 2008.

                      BY THE COURT:

                        s/ Walker D. Miller
                      _____
                      Walker D. Miller
                      United States District Judge